EMANUEL MANSBACH et al., as Executors of JACOB NEW, Deceased, et al., Appellants and Respondents, *v.* FLORENCE NEW et al., Respondents, and CHARLOTTE R. FREEMAN, Respondent and Appellant.

*Mansbach* v. *New,* 58 App. Div. 191, affirmed.
(Argued February 24, 1902; decided March 7, 1902.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1901, which modified, and affirmed as modified, a judgment of Special Term construing the will of Jacob New deceased.

*Sol M. Stroock* for plaintiffs, appellants and respondents.

*David Bandler* and *Henry Gottgetreu* for Charlotte R. Freeman, respondent and appellant.

*David B. Cahn,* guardian *ad litem,* for defendants, respondents.

Judgment affirmed, with costs to parties appearing and filing briefs in this court, on opinion of INGRAHAM, J., below.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.